297 So.2d 809

**In re Joseph Winfred MIMS**

**v.**

**William HOLDER et al.**

**Ex parte Joseph Winfred Mims.**
**SC 683.**
Supreme Court of Alabama.
July 11, 1974.

Charles M. Ingrum, Opelika, for petitioner.

Walker, Hill, Gullage, Adams & Umbach, Opelika, for respondent.

COLEMAN, Justice.

On the authority of Ex parte Miller, 292 Ala. 554, 297 So.2d 802, decided this day, it is ordered that if, upon advice of this decision, the trial court does not enter an order allowing the plaintiff to amend his complaint by adding James Pearson, ABC Corporation as surety on the bond of James Pearson, and John Jackson as parties defendant, the peremptory writ to effectuate such ends will issue at the request of petitioner.

Writ awarded conditionally.

HEFLIN, C. J., and BLOODWORTH, McCALL and JONES, JJ., concur.

297 So.2d 388

**In re Webster MITCHELL, Jr., alias**

**v.**

**STATE.**

**Ex parte Webster Mitchell, Jr., alias.**
**SC 860.**

Supreme Court of Alabama.
June 27, 1974.

Richard D. Lane, Auburn, for petitioner.

No brief for the State.

BLOODWORTH, Justice.

Petition of Webster Mitchell, Jr., alias for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Mitchell, alias v. State, 53 Ala.App. 58, 297 So.2d 383.

Writ denied.

HEFLIN, C. J., and COLEMAN, McCALL and FAULKNER, JJ., concur.